UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-00305-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. EDGAR WILLIAM SERTUCHE,

      Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      A supervised release violation hearing is set for **Tuesday, November 22, 2011 at 9:00 AM.**

      Dated:  July 11, 2011